FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUN 05 2025

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

William Marsh
Defendant

Citation No.(s): E1700875
E1700874

Docket No.: MD-85 25 po 1428

* * * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 16.112b | Dismissed | Ø | Ø | Ø |
| 21.204d | Dismissed | Ø | Ø | Ø |
| | | | | |

TOTAL DUE: $ Ø

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Pleas mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O BOX 780549, San Antonio, TX 78278**
**(or you may pay online at www.cvb.uscourts.gov)**

☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance
☐ Continue for Payment
☐ Set for Trial
☒ Dismissed by the Government

☐ Continue to Obtain License
☐ Continue to Retain Attorney
☐ New Court Date: ____________
at: ____________ a.m.

COMMENTS: ____________

[signature]
Defendant's Signature

[signature]
Assistant U.S. Attorney

____________
Attorney for Defendant

5 June 25
Date

*Original – Court* *Yellow – Defendant* *Pink – AUSA*